UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY T. HUYNH, | Case No. C14-0461-RSL |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| STEFANI MEUSBORN-MARSH, | |
| Respondent. | |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition (Dkt. 8) is DENIED, and this action is DISMISSED with prejudice.

ORDER OF DISMISSAL
PAGE - 1

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to the grounds asserted by petitioner in his habeas petition.

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 23rd day of November, 2015.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
PAGE - 2